IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN WILLIE MARTIN                                                      PLAINTIFF

V.                                    CASE NO. 07-CV-1115

RANDY PEEK, Chief of Police,
Warren Police Department;
BUTCH BELIN, Sheriff, Bradley County,
Arkansas; DEPUTY HEARNSBERGER,
Bradley County Sheriff's Office;
OFFICER CAROLYN HURD,
Warren Police Department                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 10, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 36). Judge Bryant recommends that this case be dismissed with prejudice based on Plaintiff's failure to obey the order of the Court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of March, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge